**PORTER & ASSOCIATES**
**A Law Corporation**
**William L. Porter, Esq. [133968]**
**Brenda Ann Flake, Esq. [227368]**
**7801 Folsom Boulevard, Suite 101**
**Sacramento, California 95826**
**Telephone: 916-381-7868**
**Facsimile: 916-381-7880**

**Attorneys for Cross-Claimant**
**UNITED STATES, for use of**
**OVERHEAD ELECTRIC COMPANY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

—ooOoo—

| | |
|---|---|
| MID-STATE SURETY CORPORATION, a Michigan corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OVERHEAD ELECTRIC COMPANY, a California corporation; and ROBERT C. GOODMAN, JR., an individual,<br><br>　　　　Defendants.<br>_____<br>UNITED STATES, for use of OVERHEAD ELECTRIC COMPANY,<br><br>　　　　Cross-Claimant,<br><br>v.<br><br>LEON CONSTRUCTION, INC., a California corporation; and GULF INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　Cross-Defendants. | CASE NO.   CIV. S-02-2545 WBS GGH<br><br>[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL |

- 1 -

**1**  FOR GOOD CAUSE, Cross-Complainant United States for use of Overhead Electric
**2**  Company's Notice of Voluntary Dismissal without prejudice was filed on March 14, 2006.
**3**  Therefore, based on the above and the said Notice, the Voluntary Dismissal is ordered by this
**4**  Court.

**6**  IT IS SO ORDERED.

**8**  Dated:  March 22, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -

ORDER FOR VOLUNTARY DISMISSAL