1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                              ----oo0oo----

11

12   MID-STATE SURETY CORPORATION,        NO. CIV. 2:02-2545 WBS GGH

13           Plaintiff,
                                          ORDER REMOVING CASE FROM
14      v.                                ACTIVE CASELOAD UPON STAY OF
                                          ACTION
15   OVERHEARD ELECTRIC COMPANY, et
     al.,

16
             Defendants.
17

18                              ----oo0oo----

19

20           Pursuant to the Court's Order filed July 26, 2004

21   (Docket No. 54), this action was ordered stayed pending

22   arbitration.   The Clerk of Court is, therefore, instructed to

23   administratively close this case, to be reopened upon request and

24   application of the parties and order of this court.

     DATED:  October 13, 2011
25

26

27   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE
28

                                     1