UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MID-STATE SURETY CORPORATION, | NO. CIV. 2:02-2545 WBS GGH |
|     Plaintiff, | |
|   v. | <u>ORDER REMOVING CASE FROM ACTIVE CASELOAD UPON STAY OF ACTION</u> |
| OVERHEARD ELECTRIC COMPANY, et al., | |
|     Defendants. | |

----oo0oo----

Pursuant to the Court's Order filed July 26, 2004 (Docket No. 54), this action was ordered stayed pending arbitration.  The Clerk of Court is, therefore, instructed to administratively close this case, to be reopened upon request and application of the parties and order of this court.

DATED:  October 13, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1